# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID SICKLE, *et. al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Civil No. 11-cv-2224 (KBJ) |
| ) | |
| TORRES ADVANCED ENTERPRISE  ) | |
| SOLUTIONS, LLC, *et. al.*,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss First Amended Complaint [10] is **GRANTED**;

and it is

**FURTHER ORDERED** that **JUDGMENT** shall be entered for the defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).


DATE: December 24, 2013                    *Ketanji Brown Jackson*
                                          KETANJI BROWN JACKSON
                                          United States District Judge